IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF PUERTO RICO

CRIMINAL CASE NO. 00-851(JAF)

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

vs.

**MURLID DATWANI, a/k/a MARK D. DATWANI, a/ka MARK DATWANI,**

    **Defendant.**

IN RE: REAL ESTATE PROPERTY LOCATED AT 30 A INDIAN CREEK DRIVE, INDIAN CREEK, FLORIDA; MORE FULLY DESCRIBED AT THE MIAMI-DADE COUNTY PUBLIC RECORDS OFFICE AS FOLLOWS:

LOT 30 OF INDIAN CREEK GULF CLUB ISLAND, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 34, AT PAGE 33, OF THE PUBLIC RECORDS OF MIAMI DADE COUNTY, FLORIDA.

_____/

**ORDER VACATING *LIS PENDENS* UNDER THE CONDITION THAT NET PROCEEDS FROM THE SALE OF THE ABOVE DESCRIBED PROPERTY, TOTALING $4,233,069.00 BE PLACED IN THE MARSHAL'S FUND <u>PENDING FURTHER COURT PROCEEDINGS</u>**

THIS CAUSE came before this Court upon the Motion filed by Masuki Naemura ("Naemura"), Hiromo Yamamoto ("Yamamoto"), and Beach Investment Corporation ("BIC"), to vacate the *Lis Pendens* on the above styled property so as to allow the sale of said property, with the condition that the proceeds from said sale totaling $4,233,069.00 be

placed into the Marshal's Fund pending further action by the Court. The Court has considered said motion, has reviewed the second superseding indictment which seeks forfeiture of up to $4,233,069.00, has reviewed the contract for the Sale and Purchase of said property and is otherwise fully advised in the premises.  Accordingly, it is hereby

ORDERED AND ADJUDGED:

That said Motion is **GRANTED**.  This Court hereby orders that the United States Attorney's Office file a release of the *Lis Pendens* placed on the above styled property immediately so as to allow the sale of said property to the buyers listed in the contract submitted to this Court. At the time of closing, net proceeds totaling $4,233,069.00 shall be set aside and then deposited in an account maintained by the United States Marshal's. This money shall be considered a substitute asset for the real property described in the second superseding indictment. The Marshal's shall hold said monies and all interest which may accrue thereon pending further order from this Court. This Order is being entered without prejudice to any party in this matter to file a claim for said money and to resolve the questions of ownership and forfeiture of said money as a substitute for the real estate property described in the second superseding indictment.

DONE AND ORDERED in Hato Rey, Puerto Rico, this 25th day of September, 2006.


                          S/JOSE ANTONIO FUSTE
                          **UNITED STATES DISTRICT JUDGE**

cc: Edward R. Shohat, Esq.
    Bierman, Shohat & Loewy, P.A.
  Aramis Rios, Esq.
    Assistant United States Attorney
  United States Marshals